# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| In re: | Case No. 18-04316-dd |
|---|---|
| Courtney DeShay Smith, | Chapter 7 |
| Debtor. | |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the Notice of Bankruptcy were mailed to the parties below or on the attached list.

Okinus, INC.
147 W Railroad St. S
Pelham, GA 31779

Date of Service October 10, 2018

   /s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for
P.O. Box 20074
Charleston,SC29413-0074
843-284-3646